1  ARTHUR J. OBOLSKY, ESQ. Bar No. 265747
   LAW OFFICE OF ARTHUR J. OBOLSKY
2  1808 Sixth Street, Berkeley, CA 94710
   Tel: 510.990.5965
3  Fax: 510.981.8202
4  aobolsky@obolskylaw.com

5  ANTHONY J. SPERBER, ESQ. Bar No. 197962
   LAW OFFICE OF ANTHONY J. SPERBER
6  1808 Sixth Street, Berkeley, CA 94710
   Tel: 510.845.8844
7  Fax: 510.845.1998
8  anthony@sperberlaw.com

9  Attorneys for
   PLAINTIFF Kelly Stover
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KELLY STOVER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No.  3:16-cv-00605-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND**<br><br>[Assigned to the Hon. Charles R. Breyer] |

**STIPULATION AND [PROPOSED] ORDER TO REMAND**

TO ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff Kelly Stover and Defendant Volkswagen Group of America, Inc. ("VWGoA") have entered into the following Stipulation:

WHEREAS, on June 4, 2015, Plaintiff Kelly Stover filed the original Complaint for Damages against Defendant VWGoA in the Santa Cruz County Superior Court.  Her Complaint alleged three claims related to her purchase of a 2014 Volkswagen Passat TDI vehicle from Defendant: breach of express warranty, breach of implied warranty, and a "lemon law" claim based on California Civil Code section 1793.2(d)(2). These state law claims arose from the discovery that the vehicle purchased by Plaintiff had alleged defective and dangerous brakes, and Defendant allegedly could not make the vehicle conform to its warranties despite a reasonable number of repair attempts to the vehicle's defective brake system by VWGoA and its dealer;

WHEREAS, Plaintiff amended her Complaint in January of 2016 to include two additional causes of action related to the emissions software installed by VWGoA in her vehicle;

WHEREAS, VWGoA removed this action to the United States District Court for the Northern District of California where it became part of the consolidated case known as In re: Volkswagen Clean Diesel Marketing, Sales Practices, and Products Liability Litigation, Case No. 3:15-md-02672-CRB;

WHEREAS, Plaintiff filed a Motion for Remand to return this case to the Santa Cruz Superior Court;

WHEREAS, all Motions for Remand filed in the consolidated case have been stayed by Judge Charles Breyer;

WHEREAS, the parties to the Stover case, and Lead Counsel to the consolidated case, now agree that if Plaintiff will dismiss without prejudice the emissions related causes of action from her Complaint, the Stover Lemon Law case should be remanded to the Santa Cruz Superior Court for further adjudication;

WHEREAS, Plaintiff intends to have any emissions related causes of action adjudicated as an unnamed member of a putative class in *In re: Volkswagen Clean Diesel Marketing, Sales Practices, and Products Liability Litigation*, Case No. 3:15-md-02672-CRB;

THEREFORE, the parties stipulate as follows:

The Stover case should be remanded immediately to the Santa Cruz Superior Court.

STIPULATION AND [PROPOSED] ORDER    - 2 -    CASE NO. 3:16-cv-00605-CRB

1  Upon the remand of the case to the Santa Cruz Superior Court, Plaintiff Kelly Stover will promptly
2  dismiss, without prejudice, the two emissions causes of action that were added to her Complaint in
3  January of 2016.

AGREED:

DATE: April   6, 2016            LAW OFFICE OF ARTHUR J. OBOLSKY
                                 LAW OFFICE OF ANTHONY J. SPERBER


                                 By: __/s/ Arthur J. Obolsky_____
                                     Arthur J. Obolsky
                                     Attorneys for Plaintiff
                                     Kelly Stover


DATE: April   6, 2016            SULLIVAN & CROMWELL LLP


                                 By: _/s/  Michael H. Steinberg_____
                                     Michael H. Steinberg
                                     Attorney for Defendant
                                     VWGoA


AGREED:

DATE: April   6, 2016            LEIFF CABRASER HEIMANN & BERNSTEIN


                                 By: __/s/ Elizabeth J. Cabraser_____
                                     Elizabeth J. Cabraser
                                     Lead Attorney for Plaintiffs

DATE: April     6, 2016          HERZFELD & RUBIN, P.C.


                                 By: ____/s/ Jeffrey L. Chase_____
                                     Jeffrey L. Chase
                                     Lead Attorney for Defendants
                                     VWGoA

STIPULATION AND [PROPOSED] ORDER        - 3 -              CASE NO. 3:16-cv-00605-CRB

# ~~[PROPOSED]~~ ORDER

SO ORDERED:

Dated: April __8__, 2016

By: _____
The Hon. Charles R. Breyer
JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION